**Order entered April 20, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01327-CV

### JOSEPH COBB, Appellant

### V.

### RONALD HANSEN AND LISA HANSEN, Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-06461**

## ORDER

Before the Court is appellees' April 16, 2020 second unopposed motion for extension of time to file their responsive brief. We **GRANT** the motion and **ORDER** appellees' responsive brief be filed no later than June 1, 2020.

/s/    BILL WHITEHILL
        JUSTICE